# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00318-MR-DLH

| | |
|---|---|
| TOWN OF TRYON, CITY OF SALUDA, and TOWN OF COLUMBUS,<br><br>Plaintiffs,<br><br>vs.<br><br>JOEL E. WOOD & ASSOCIATES, L.L.C.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) **O R D E R**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court *sua sponte*.

On October 1, 2014, the Defendant filed a Motion in Limine to Exclude Plaintiffs' Expert [Doc. 15] and a Motion for Summary Judgment [Doc. 16]. The briefs filed in support of the Defendant's motions, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 8 at 5]. Accordingly, the Defendant's Motions and supporting memoranda will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion in Limine to Exclude Plaintiffs' Expert [Doc. 15], the Motion for Summary Judgment [Doc. 16], and the memoranda filed in support thereof are

hereby **STRICKEN**.  The Defendant may file motions and briefs which comply with the requirements of this Court on or before **October 6, 2014**.

**IT IS SO ORDERED.**

Signed: October 1, 2014

Martin Reidinger
United States District Judge