**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-318-MR-DLH**

| | |
|---|---|
| TOWN OF TRYON, CITY OF SALUDA, and TOWN OF COLUMBUS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| JOEL E. WOOD & ASSOCIATES, L.L.C., ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report certifying that this matter has been settled. [Doc. 55]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that this matter is hereby removed from the trial calendar and the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: February 16, 2015

Martin Reidinger
United States District Judge